NOSSAMAN LLP
Patrick J. Richard (CA 131046)
prichard@nossaman.com
James H. Vorhis (CA 245034)
jvorhis@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UROMED TECHNOLOGY, INC., et al.<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS F. REINER, et al.<br><br>Defendants. | Case No: 10cv00857<br><br>ASSIGNED TO:<br>THE HONORABLE MARILYN H. PATEL<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs UroMed Technology, Inc., Michael Y. Granger, Kenneth E. Feltman, and the Kenneth Feltman Insurance Trust, by and through their attorney, Edwin R. McCullough, hereby voluntarily dismiss this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: March 2, 2010       NOSSAMAN LLP

By: _____
James H. Vorhis
Attorneys for Plaintiffs

3/3/2010

IT IS SO ORDERED
Judge Marilyn H. Patel

245769_1.DOC

NOTICE OF VOLUNTARY DISMISSAL